# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BICKLEY, | ) |
| | ) |
| Plaintiff, | ) DIST. COURT NO.: 4:17-CV-01591 |
| | ) |
| vs. | ) |
| | ) |
| MERCHANT'S CREDIT GUIDE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW David M. Schultz with the law firm of Hinshaw & Culbertson LLP, and hereby enters his appearance on behalf of Defendant, MERCHANT'S CREDIT GUIDE COMPANY.

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

By:  */s/David M. Schultz*
     One of its attorneys.

Hinshaw & Culbertson LLP
David M. Schultz, 6197596
222 North LaSalle Street, Suite 300
Chicago, IL 60601
P: 312-704-3000
F: 312-704-3001
dschultz@hinshawlaw.com

300008066V1 0998642

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2017, I caused the foregoing to be electronically filed with the clerk of the Court through the CM/ECF system with a copy of the same to be served to all counsel of record.

Steven Andrew Donner
Donner Applewhite
1108 Olive Street, Suite 200
St. Louis, MO 63101
steve.donner@da-lawfirm.com
*Attorneys for Plaintiff*


                            */s/ David M. Schultz*

300008066V1 0998642